UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MACKINAC ISLAND FERRY CAPITAL LLC, | Case No. 2:14-cv-177 |
| | Hon. R. Allan Edgar |
| *Plaintiff,* | |
| v. | |
| HALDIMAND BAY COMPANY LLC; UNION TERMINAL PIERS, INC.; ARNOLD TRANSIT COMPANY; MCGREGOR OIL COMPANY; STRAITS TRANSIT, INC.; NORTHERN FERRY COMPANY LLC; ISLAND MANAGEMENT COMPANY LLC; ISLAND RESOURCE COMPANY LLC; ANITA SCHNEIDER; HENRY W. SCHNEIDER; THE TOOTS FOUNDATION; STEPHEN SCHNEIDER TRUST; THE 2008 HENRY W. SCHNEIDER TRUST; THE HENRY W. SCHNEIDER DELAWARE TRUST; CHEBOYGAN COUNTY TREASURER; MACKINAC COUNTY TREASURER; UNION SAVINGS BANK CHASE INDUSTRIES, INC. DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE; MICHIGAN DEPARTMENT OF TREASURY; | STIPULATED VOLUNTARY DISMISSAL OF DEFENDANTS UNION TERMINAL PIERS, INC., ARNOLD TRANSIT COMPANY, MCGREGOR OIL COMPANY, STRAITS TRANSIT, INC., NORTHERN FERRY COMPANY LLC, ISLAND MANAGEMENT COMPANY LLC, AND ISLAND RESOURCE COMPANY LLC |
| *in personam,* | |
| and the motor vessels STRAITS EXPRESS, Official No. 1029924; ISLAND EXPRESS, Official No. 931459; MACKINAC EXPRESS, Official No. 915735; STRAITS OF MACKINAC II, Official No. 521407; | |

CHIPPEWA, Official No. 288825;
ALGOMAH II, Official No. 286075;
OTTAWA, Official No. 278860;
HURON, Official No. 269888;
CORSAIR, Official No. 269660;
BEAVER, Official No. 264186; and
MACKINAC ISLANDER, Official No. 253170;
together with their engines, tackle, furniture, apparel, appurtenances, etc., *in rem*,

      *Defendants.*

**Please withhold service *in rem* until further notice from Plaintiff's attorney in accordance with Federal Rules of Civil Procedure Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions E(3)(c).**

### STIPULATED VOLUNTARY DISMISSAL OF DEFENDANTS UNION TERMINAL PIERS, INC., ARNOLD TRANSIT COMPANY, MCGREGOR OIL COMPANY, STRAITS TRANSIT, INC., NORTHERN FERRY COMPANY LLC, ISLAND MANAGEMENT COMPANY LLC, AND ISLAND RESOURCE COMPANY LLC

  NOW COMES Plaintiff, Mackinac Island Ferry Capital, LLC, by and through its attorneys Brandt, Pezzetti, Vermetten & Popovits, by Matthew D. Vermetten, and Defendants Union Terminal Piers, Inc. ("UTP"), Arnold Transit Company ("ATC"), McGregor Oil Company ("MOC"), Straits Transit, Inc. ("STI"), Island Management Company, LLC ("IMC"), Island Resource Company, LLC ("IRC"), and Northern Ferry Company, LLC ("NFC"), and hereby submit their Stipulation of Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiff filed the initial civil action on August 20, 2014 together with three subsequent amended Complaints dated October 27, 2014, November 3, 2014, and December 4, 2014.

2. Plaintiff, Mackinac Island Ferry Capital, LLC, and Defendants UTP, ATC, MOC, STI, IMC, IRC, and NFC filed an Agreement and Stipulation for Entry of a Consent Judgment on May 5, 2015.

3. The parties hereby agree and stipulate to the following:

   a. Plaintiff and Defendants UTP, ATC, MOC, STI, IMC, IRC, and NFC hereby agree to comply with the terms of the aforementioned Consent Judgment;

   b. Defendants UTP, ATC, MOC, STI, IMC, IRC, and NFC shall be dismissed with prejudice; and

   c. Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

BRANDT, PEZZETTI, VERMETTEN & POPOVITS, PC
Attorneys for Plaintiff, Mackinac Island Ferry Capital, LLC

Dated: 5/20, 2015

Matthew D. Vermetten (P43425)
600 East Front Street, Suite 102
Traverse City, MI 49686
(231) 929-3450

Dated: May 20, 2015

Union Terminal Piers, Inc.

By: Brent Rippe
Its: President

Dated: May 20, 2015

Arnold Transit Company

By: Brent Rippe
Its: President

Dated: _May 20_, 2015

McGregor Oil Company

_____/s/ Brent Rippe_____
By: Brent Rippe
Its: President

Dated: _May 20_, 2015

Straits Transit, Inc.

_____/s/ Brent Rippe_____
By: Brent Rippe
Its: President

Dated: _May 20_, 2015

Island Management Company, LLC

_____/s/ Brent Rippe_____
By: Brent Rippe
Its: President

Dated: _May 20_, 2015

Island Resource Company, LLC

_____/s/ Brent Rippe_____
By: Brent Rippe
Its: President

Dated: _May 20_, 2015

Northern Ferry Company, LLC

_____/s/ Brent Rippe_____
By: Brent Rippe
Its: President

## ORDER OF DISMISSAL

IT IS SO ORDERED.

Dated: _____, 2015

_____
Hon. R. Allan Edgar
United States Federal Judge